IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. ___07-4032_____ |
| ) | |
| DR. JOSEPH AZER, ) | |
| ) | |
| Defendant. ) | |

## COMPLAINT

1. Plaintiff is the United States of America. Jurisdiction is based on 28 U.S.C. § 1345.

2. Defendant is Dr. Joseph Azer, 5314 36th Avenue Court, Moline, IL 61265. This is within the Central District of Illinois, Rock Island Division.

3. In 2005 and 2006, Dr. Azer provided medical treatment to two injured postal workers, Maurice Smith and Joe Williams.

4. Dr. Azer billed the United States, through the United States Department of Labor, for approximately 61 injections to Smith, in the period from July 7, 2005, to January 30, 2006.

5. When an investigator asked Dr. Azer whether he had given that number of injections to Smith, Dr. Azer said that he had not, and that so many injections would be "ridiculous."

6. Dr. Azer believed that he gave approximately 23 injections to Smith.

7. Dr. Azer billed the United Stats, through the United States Department of Labor, for 44 injections to Williams, in the period from June 17, 2005, to December 27, 2005.

8. When an investigator asked Dr. Azer whether he had given that number of injections to Williams, Dr. Azer said that he had not, that the number was "totally inaccurate," and that so many injections would be "ridiculous."

9. Dr. Azer believed that he gave approximately 5 or 6 injections to Williams.

10. The United States paid Dr. Azer, for the injections to Smith, amounts that varied from $127.34 to $423.59, and that averaged $373.72.

11. The United States paid Dr. Azer, for the injections to Williams, amounts that varied from $288.12 to $384.53, and that averaged $305.65.

12. In relation to Smith, there were 38 false billings at an average of $373.72, for a total of $14,201.36.

13. In relation to Williams, there were 38 false billings at an average of $305.65, for a total of $11,614.70.

14. Dr. Azer submitted these false billings with knowledge that they were false, or with deliberate ignorance of the falsity, or with reckless disregard of the falsity. 31 U.S.C. § 3729.

WHEREFORE, the United States prays that this Court will grant judgment for the United States against Dr. Azer for three times the amount of the false claims, plus the penalties allowed by 31 U.S.C. § 3729, plus such further relief as may be appropriate.

Respectfully submitted,
RODGER A. HEATON
United States Attorney

By: s/ James A. Lewis

James A. Lewis, NC Bar No. 5470
Attorney for Plaintiff
United States Attorney's Office
318 South Sixth Street
Springfield, IL  62701
Telephone:  (217) 492-4450
Fax:  (217) 492-4888
Email:  jim.lewis2@usdoj.gov

JS 44 (Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
United States of America

## DEFENDANTS
Dr. Joseph Azer

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed  Rock Island
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
James A. Lewis, Assistant United States Attorney
318 South Sixth Street
Springfield, IL 62701   217-492-4450

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

[X] 1 U.S. Government Plaintiff
[ ] 2 U.S. Government Defendant
[ ] 3 Federal Question (U.S. Government Not a Party)
[ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|   | PTF | DEF |   | PTF | DEF |
|---|-----|-----|---|-----|-----|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
|  | PERSONAL INJURY | PERSONAL INJURY |  |  |  |
| [ ] 110 Insurance | [ ] 310 Airplane | [ ] 362 Personal Injury— | [ ] 610 Agriculture | [ ] 422 Appeal 28 USC 158 | [ ] 400 State Reapportionment |
| [ ] 120 Marine | [ ] 315 Airplane Product | Med. Malpractice | [ ] 620 Other Food & Drug |  | [ ] 410 Antitrust |
| [ ] 130 Miller Act | Liability | [ ] 365 Personal Injury — | [ ] 625 Drug Related Seizure | [ ] 423 Withdrawal | [ ] 430 Banks and Banking |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & | Product Liability | of Property 21 USC 881 | 28 USC 157 | [ ] 450 Commerce/ICC Rates/etc. |
| [X] 150 Recovery of Overpayment | Slander | [x] 368 Asbestos Personal | [ ] 630 Liquor Laws |  | [ ] 460 Deportation |
| & Enforcement of Judgment | [ ] 330 Federal Employers' | Injury Product | [ ] 640 R.R. & Truck | PROPERTY RIGHTS | [ ] 470 Racketeer Influenced and |
| [ ] 151 Medicare Act | Liability | Liability | [ ] 650 Airline Regs. |  | Corrupt Organizations |
| [ ] 152 Recovery of Defaulted | [ ] 340 Marine | PERSONAL PROPERTY | [ ] 660 Occupational | [ ] 820 Copyrights | [ ] 810 Selective Service |
| Student Loans | [ ] 345 Marine Product | [ ] 370 Other Fraud | Safety/Health | [ ] 830 Patent | [ ] 850 Securities/Commodities/ |
| (Excl. Veterans) | Liability | [ ] 371 Truth in Lending | [ ] 690 Other | [ ] 840 Trademark | Exchange |
| [ ] 153 Recovery of Overpayment | [ ] 350 Motor Vehicle | [ ] 380 Other Personal |  |  | [ ] 875 Customer Challenge |
| of Veteran's Benefits | [ ] 355 Motor Vehicle | Property Damage | LABOR | SOCIAL SECURITY | 12 USC 3410 |
| [ ] 160 Stockholders' Suits | Product Liability | [ ] 385 Property Damage | [ ] 710 Fair Labor Standards | [ ] 861 HIA (1395ff) | [ ] 891 Agricultural Acts |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | Product Liability | Act | [ ] 862 Black Lung (923) | [ ] 892 Economic Stabilization Act |
| [ ] 195 Contract Product Liability |  |  | [ ] 720 Labor/Mgmt. Relations | [ ] 863 DIWC/DIWW (405(g)) | [ ] 893 Environmental Matters |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS |  | [ ] 864 SSID Title XVI | [ ] 894 Energy Allocation Act |
|  |  |  | [ ] 730 Labor/Mgmt.Reporting | [ ] 865 RSI (405(g)) | [ ] 895 Freedom of |
| [ ] 210 Land Condemnation | [ ] 441 Voting | [ ] 510 Motions to Vacate | & Disclosure Act |  | Information Act |
| [ ] 220 Foreclosure | [ ] 442 Employment | Sentence |  | FEDERAL TAX SUITS | [ ] 900 Appeal of Fee |
| [ ] 230 Rent Lease & Ejectment | [ ] 443 Housing/ | Habeas Corpus: | [ ] 740 Railway Labor Act |  | Determination Under |
| [ ] 240 Torts to Land | Accommodations | [ ] 530 General |  | [ ] 870 Taxes (U.S. Plaintiff | Equal Access to Justice |
| [ ] 245 Tort Product Liability | [ ] 444 Welfare | [ ] 535 Death Penalty | [ ] 790 Other Labor Litigation | or Defendant) | [ ] 950 Constitutionality of |
| [ ] 290 All Other Real Property | [ ] 440 Other Civil Rights | [ ] 540 Mandamus & Other | [ ] 791 Empl. Ret. Inc. | [ ] 871 IRS—Third Party | State Statutes |
|  |  | [ ] 550 Civil Rights | Security Act | 26 USC 7609 | [ ] 890 Other Statutory Actions |
|  |  | [ ] 555 Prison Condition |  |  |  |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

[X] 1 Original Proceeding
[ ] 2 Removed from State Court
[ ] 3 Remanded from Appellate Court
[ ] 4 Reinstated or Reopened
[ ] 5 Transferred from another district (specify)
[ ] 6 Multidistrict Litigation
[ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
(Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

Mortgage Foreclosure  31 U.S.C. § 3729

## VII. REQUESTED IN COMPLAINT:
[ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 77,448.18
CHECK YES only if demanded in complaint:
JURY DEMAND: [ ] Yes  [x] No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____  DOCKET NUMBER _____

DATE  6/28/07
SIGNATURE OF ATTORNEY OF RECORD  /s/ James A Lewis

FOR OFFICE USE ONLY

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____