IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 07-4032 |
| | ) | |
| DR. JOSEPH AZER, | ) | |
| | ) | |
| Defendant. | ) | |

**UNITED STATES' MOTION TO DISMISS**

Plaintiff United States moves to dismiss this complaint, with prejudice, since the parties reached an agreement for a compromise and the defendant has fully paid the amount of the compromise. Fed.R.Civ.P. 41.  The United States has separately provided an appropriate release to the defendant.

Respectfully submitted,
RODGER A. HEATON
United States Attorney

By:  s/ James A. Lewis

James A. Lewis, NC Bar No. 5470
Attorney for Plaintiff
United States Attorney's Office
318 South Sixth Street
Springfield, IL 62701
Telephone: 217-492-4450
Fax: 217-492-4888
email: jim.lewis2@usdoj.gov

## **CERTIFICATE OF SERVICE**

      The following persons were served with a copy of the foregoing electronically or by mailing them a copy.

                Pete M. Wessels  
                Box 4300  
                Rock Island, IL 61204-4300

|  |  |
|---|---|
| September 21, 2007 | s/ James A. Lewis |
| Date:_____ | _____ |
|  | James A. Lewis |